JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NORBERTO JARACUARO BOTELLO,

Petitioner

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. CV 26-12061-MWF (MBK)

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, as Modified, IT IS ADJUDGED that the Petition is **GRANTED** in part.

Dated: November 10, 2026

MICHAEL W. FITZGERALD
United States District Judge